Frick *v.* Svea Fire & Life Insurance Company.   Frick
*v.* British America Assurance Company.   Frick *v.*
German American Insurance Company.   Frick *v.*
Phœnix Insurance Company.   Frick *v.* Niagara Fire
Insurance Company.   Frick *v.* London & Lancashire
Fire Insurance Company.   Frick *v.* Orient Insurance
Company.   Frick *v.* Providence Washington Insur-
ance Company.   Frick *v.* Hamburg Bremen Fire In-
surance Company.   Frick *v.* Commercial Union Assur-
ance Company.   Frick *v.* North German Fire Insur-
ance Company.   Frick *v.* London Assurance Company.
Frick *v.* Concordia Fire Insurance Company.   Frick
*v.* Sun Insurance Office.   Frick *v.* Prussian National
Insurance Company.   Frick *v.* St. Paul & Marine In-
surance Company.   Frick *v.* Standard Fire Insur-
ance Company.   Frick *v.* Federal Insurance Company.
Frick *v.* Assurance Company of America.   Frick *v.*
Star Insurance Company.   Frick *v.* Michigan Fire &
Marine Insurance Company.   Frick *v.* German Alli-
ance Insurance Company.   Frick *v.* Rochester Ger-
man Insurance Company, Appellants.

OPINION BY MR. JUSTICE MESTREZAT, May 27, 1907:

For the reasons given in the opinion handed down herewith
in the case of Henry C. Frick and others against the United
Firemen's Insurance Company, No. 21, January Term, 1907,
218 Pa. 409, the judgment of the court below is affirmed.